UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :          MAGISTRATE NO.: _19-9207_

                                              :

v.                                            :          CRIMINAL ACTION

                                              :

Carlos Castillo Lojraza                       :          ORDER OF RELEASE

The Court orders the defendant  is ordered released on a personal recognizance bond with the following bail conditions:

( ✓ ) Reporting, as directed, to U.S. Pretrial Services;

( ✓ ) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

( ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

( ✓ ) The defendant shall appear at all future court proceedings;

( ) Other: _____

_____          _____10/9/2019_____
DEFENDANT                                    DATE

    It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

          _____
          ANTHONY R. MAUTONE
          U.S. MAGISTRATE JUDGE

          _____10|9|19_____
          DATE