UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| v. | : | Magistrate No. 19-09207M-1 |
| CARLOS A. CASTILLO-LOAIZA | : | ORDER FOR DISMISSAL |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Philip Sellinger, the United States Attorney for the District of New Jersey, hereby dismisses Violation No. 6042482, against defendant Carlos A. Castillo-Loaiza, which was filed on July 16, 2019, charging him with: Criminal Possession of a Controlled Substance, for the reason that prosecution of defendant Carlos A. Castillo-Loaiza, is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice and is pending the successful completion by defendant Carlos A. Castillo-Loaiza, of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_Philip R. Sellinger_
Philip Sellinger
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_[signature]_
HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Dated:   7/21/22